**RYAN et al. v. RICHARDS et al.**

No. 15920—Opinion Filed Dec. 8, 1925.

Rehearing Denied July 13, 1926.

### Drains—Creation of District—Injunction — Case Controlling.

The injunctive relief sought in this case was awarded by the trial court, in a case appealed to, and affirmed by, this court, No. 15963, Richards et al. v. Rose 119 Okla. 62, 248 Pac. 215.

(Syllabus by Estes, C.)

Commissioners' Opinion, Division No. 2.

Error from District Court, Pottawatomie County; Hal Johnson, Judge.

Action by J. L. Ryan et al. for injunction against County Commissioners of Pottawatomie County et al. From judgment for the latter, the former appeals. Dismissed.

Arrington & Evans, for plaintiffs in error.

Tom Waldrep, C. C. Andrews, Earl O. Palmer, and Grant Stanley, for defendants in error.

Opinion by ESTES, C. This is a companion case with Richards et al. v. Rose, No. 15963, opinion filed November 17, 1925, 119 Okla. 62, 248 Pac. 215. In that case an injunction was granted by the district court of Pottawatomie county against the county commissioners of that county, enjoining the construction of a drainage ditch. This court, in that case, in an opinion by Mr. Commissioner Shackelford, affirmed the trial court. In the instant case, injunction was sought in the same court against the construction of the same ditch of the same drainage district, No. 4, and against the same county commissioners, by plaintiffs, not parties to such former action, on somewhat different grounds. Said court denied the injunction herein sought, from which action plaintiffs have appealed. Since the relief awarded in said former case is the same relief sought in the instant case, there is nothing, under the authority of that case, to be determined on this appeal, except that the costs should be awarded against defendants in error herein, defendants below.

Let the cause be remanded to the trial

court, with directions to dismiss the same at the costs of defendants.

By the Court: It is so ordered.